IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

FILED
JAN 2 1 2010
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 1:10CR00018HEA |
| vs. | ) No. |
| JAMES H. DOUGLAS, | ) Title 18 |
| | ) United States Code |
| Defendant. | ) Sections 1201 and 922(g)(1) |

## INDICTMENT

### COUNT I

THE GRAND JURY CHARGES THAT:

On or about the 24th day of December, 2009, in the County of Cape Girardeau and other counties, within the Eastern District of Missouri, the defendant,

**JAMES H. DOUGLAS,**

did unlawfully, knowingly, and willfully kidnap, abduct, carry away, seize and confine Jessica L. Douglas, and hold her to force her to listen to him, and did travel in interstate commerce from Cape Girardeau, Missouri to Madison, Mississippi in committing the offense, in violation of Title 18, United States Code, Section 1201.

### COUNT II

THE GRAND JURY FURTHER CHARGES THAT:

On or about the 24th day of December, 2009, in Cape Girardeau County, within the Eastern District of Missouri,

**JAMES H. DOUGLAS,**

the defendant herein, did possess in and affecting interstate commerce, a firearm, to wit: a Lorcin, Model 19, 9 mm. semi-automatic pistol, bearing serial number L100026, and had previously thereto been convicted of the following crime, punishable by a term of imprisonment exceeding one year:

On or about June 10, 2002, in the Circuit Court of Cape Girardeau, Missouri, in Case Number 01CR736826, for the felony of Domestic Assault in the Second Degree,

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
UNITED STATES ATTORNEY

LARRY H. FERRELL, #3095
ASSISTANT UNITED STATES ATTORNEY