UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JAMES H. DOUGLAS, )<br>)<br>Defendant. ) | Case No. S1-1:10CR0018 HEA/TCM |

# RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

In accordance with the Memorandum filed this day and incorporated herein,

**IT IS HEREBY RECOMMENDED** that Defendant's Motion to Suppress Evidence and Amended Motion to Suppress Evidence be **deferred to the trial court** insofar as he raises marital privilege and hearsay objections to Ms. Douglas's statements to law enforcement officers and medical personnel and be **DENIED** in all other respects. [Docs. 23 and 30]

The parties are advised that they have fourteen (14) days in which to file written objections to this Recommendation and the Memorandum incorporated herein pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained, and that failure to file timely objections may result in waiver of the right to appeal questions of fact.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 4th day of May, 2010.