UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:10 CR 18 RWS |
| | ) | |
| JAMES H. DOUGLAS, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

This matter is before me on defendant James H. Douglas' motion to suppress evidence and amended motion to suppress evidence [Docs. 23 and 30].

Pursuant to 28 U.S.C. § 636(b), the motions were referred to United States Magistrate Judge Thomas C. Mummert. The government filed a response in opposition to the amended motion to suppress evidence. Judge Mummert held an evidentiary hearing on April 28, 2010. Thereafter Judge Mummert filed his Memorandum and Report and Recommendation regarding the defendant's motions on May 4, 2010. No objections to the Magistrate Judge's recommendations were filed.

After fully considering the motions and the Report and Recommendations, I will adopt and sustain the thorough reasoning of Judge Mummert set forth in support of his recommended rulings.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#39] is are **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant James H. Douglas' motion to suppress evidence and amended motion to suppress evidence [Docs. 23 and 30] are denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 4th day of June, 2010.